IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KENARD MOORE,

        Plaintiff,

v.                                            CIVIL ACTION NO.   3:12-4714

HUNTINGTON POLICE DEPARTMENT;
OFFICER RONNIE LUSK;
LIEUTENANT WILLIAMS;
CITY OF HUNTINGTON,

        Defendants.

### JUDGMENT ORDER

In accordance with the accompanying order, the Court **DENIES** Plaintiff's application to proceed *in forma pauperis* (ECF No.2), **DISMISSES** the complaint, without prejudice (ECF NO. 1), and **REMOVES** this matter from the docket of the Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:      October 11, 2013

        _____
        ROBERT C. CHAMBERS, CHIEF JUDGE